In the Matter of the Claim of ALFRED KITTLE, Respondent, against TOWN OF KINDERHOOK et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — workman on highway injured from cave-in — question whether he was in employ of town or of third party.*

*Matter of Kittle* v. *Town of Kinderhook*, 217 App. Div. 809, affirmed.

(Submitted February 21, 1927; decided March 4, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 18, 1926, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant was injured from a cave-in of a gravel bank while working on the roads of the town of Kinderhook. The question was whether he was an employee of the town or of a third party from whom the town hired the team which claimant drove.

*George W. Greene* and *Rollin B. Sanford* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.